# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### INDEX OF CASES DOCKETED

Balt & O. S. W. v. Badger...........18944
Grossweiler v. State.................18956
Kant.Score Piston Co. v. Hallstead.....18949
Kant-Score Piston Co. v. Woodead.....18950
Katz v. Motorade Corp...............18947
Kissinger, et v. Hill Admr...........18945
McClain v. Sharits..................18948
Toledo (City) v. Community Trac. Co...18954
Youngs v. N. Y. Cent. R. Co...........18946

### FEBRUARY 7

18944—Baltimore & Ohio Southwestern Railroad Co. v. William A. Badger; motion, Ross appeals to certify. John P. Phillips, Minshall & Phillips and Gordon Phillips, Chillicothe, for plaintiff, W. M. McKenzie and J. D. Withgott for defendant.

18945—Georeg W. Kissinger, Charles R. Kissinger, et al v. Alva Hill, Adm. Spence, motion to Warren Appeals to certify. Jos. T. Harrison, Cincinnati, for plaintiffs, Eltzroth, Maple & Maple, Lebanon, for defendants.

### FEBRUARY 9

18946—Floyd J. Youngs v. Cent. R. Co; motion to Lucas Appeals to certify. Chas. A. Thatcher and Chester A. Meek, Toledo, for plaintiff; Doyle & Lewis, Toledo, for defendant.

18947—Blanch Katz, by A. B. Katz, v. Motorade Corp; motion, Cuyahoga Appeals to certify. Horace Neff, Cleveland, for plaintiffs; J. C. Bloch, Cleveland, for defendant.

### FEBRUARY 10

18948—Sumner McClain, mayor of Troy, et, v. John Sharits. Miami Appeals; motion to certify. W. A. Haines, Troy, for plaintiff; Wm. H. Gilbert, G. T. Thomas, F. C. Goodrich, Troy; Bert Buckley and W B. Turner, Dayton, for defendant.

18949—Kant-Score Piston Co. v. Leon B. Hallstead, Hamilton Appeals; motion to certify. Lorbach & Garver, Cincinnati, for plaintiff; Buchwalter, Headley & Smith, Cincinnati, for defendant.

18950—Kant-Score Piston Co. v. Fred Woodead. Hamilton Appeals; motion to certify. Lorbach & Garver, Cincinnati, for plaintiff.

18954—City of Toledo v. Community Traction Co. and Toledo Edson Co. Lucas Appeals; motion to certify. F. M. Dotson, Director of Law, and Gustavus Ohlinger, of counsel, Toledo, for plaintiff; Tracy, Chapman & Welles, Toledo, for defendants.

18956—Harold Grossweiler v. State of Ohio; Stark Appeals; motion for leave to file petition in error. Elson Wefler, Massillon, for plaintiff; C. B. McClintock, Pros. Atty., Canton, for defendant.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED
#### TUESDAY, FEBRUARY 10, 1925.
### INDEX OF CASES DECIDED

#### GENERAL DOCKET

Empire Gas & Fuel Co. v. Coolahan....18609
Longbrake v State...................18746
State ex Garver v. Adair, et...........18936

#### MOTION DOCKET

Brown v. State......................18904
Davis Agent v. Atlas Assu. Co.........18868
Early v Kline, et.....................18864
Industrial Com. v Ritz................18849
McWilliams v. Roth Packing Co........18857
Marginean v. Storage, Trans. & S. Co...18854
Penna Rd. Co. v. Rice Coal Co.........18855
Psaris v. Fredericks.................18856
State v. Appenzeller, et...............18882
State v. Ferranto....................18916
Steffner, et v. Steffner...............18887

#### GENERAL DOCKET

18609—Empire Gas & Fuel Co., v. P. J. Coolahan et al.; error to Wayne Appeals. Judgment aff. Marshall, C. J., Jones, Matthias, Day, Allen Kinkade and Robinson, JJ., Concur. Dock 5-26-24; 2 Abs. 321; Mo. Cer. Sus. 2 Abs. 474.

18746—Guy Longbrake v. State of Ohio; error to Logan Appeals. Judgment aff. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., Concur. Dock. 8-5-24; OS. Pend. 2 Abs. 757.

18936—State, ex rel. Sylvus Garver, as Supt. Ohio Soldiers and Sailors Orphans Home, Xenia, v. Robert L. Adair et al. In Prohibition. Alt. writ denied. Dock. 2-4-23, 3 Abs. 94.

#### MOTION DOCKET

18849—Industrial Commission v. George Ritz. Stark Appeals to certify. Overruled. Dock. 12-8-24, 2 Abs. 770.

18854—Alex Marginean et al. v. Storage Transfer and Supply Co. Trumbull Appeals to certify. Overruled. Dock 12-9-24, 2 Abs. 770.

18855—Pennsylvania Rd. Co. v. Rice Coal Co. Muskingum Appeals to certify. Allowed. Dock 12-10-24, 3 Abs. 2.

18856—James Psaris v. Alma Fredericks. Stark Appeals to certify. Allowed. Dock 12-11-24, 3 Abs. 2.

18857—Corneal J. McWilliams et al. v. John C. Roth Packing Co. et al. Hamilton Appeals to certify. Overruled.

18864—Sol. S. Earley et al. v. Jane Kline et al. Greene Appeals to certify. Overruled. Dock 12-11-24, 3 Abs. 2.

18868—James C. Davis, agent, etc. v. Atlas Assurance Co. Ltd. et al. Cuyahoga Appeals to